Melissa SHAMP, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. WD 73860.

Missouri Court of Appeals, Western District.

April 3, 2012.

Melissa Shamp, Appellant Pro Se.

Robert A. Bedell, Jefferson City, MO, for respondent.

Before Division Two: GARY D. WITT, Presiding Judge, JOSEPH M. ELLIS, Judge and MARK D. PFEIFFER, Judge.

### ORDER

PER CURIAM:

Melissa Shamp appeals the decision of the Labor and Industrial Relations Commission denying her unemployment benefits.

We affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.